# CRIMINAL MINUTE SHEET
## SENTENCING

Date __12/6/11__    ☐ Non-Public Document    Case No. __10-CR-119-16F__
                                             Interpreter __none__
Time __1:21 pm - 1:59 pm__                   Int. Phone _____

**USA** vs. **JAMES RANDALL DUKES** _____

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Kris Danni | Robert MacMaster |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

**APPEARANCES**    Government    James C. Anderson _____

                   Defendant     Gay Woodhouse _____

                   ☑ CJA    ☐ FPD    ☐ RET    ☐ WAIVED

☑ Defendant acknowledges having read presentence report
☐ Defendant's    objections to presentence report
    ☐ Court denies objections to presentence report   ☐ Court grants objections to presentence report

☐ Witness(es) _____

☐ Exhibits received by Court _____

☐ Government to move for departure within 1 year of sentencing

**SENTENCING INFORMATION**
☑ Defendant is committed to custody
    For a period of __60__ __months__   as to Count(s) __1 and 48__ _____ as to Count(s) _____
    _____ as to Count(s) _____   _____ as to Count(s) _____

    ☑ Sentence shall be served concurrent   to __one another__
    ☐ Defendant is sentenced to time served   ☐ Plus up to ten (10) days to allow for deportation proceedings
☑ Upon release from custody, the defendant shall be on **supervised release**
    For a period of __4__ __Year(s)__ as to Count(s) __1__   __3__ __years__ as to Count(s) __48__
    _____ as to Count(s) _____   _____ as to Count(s) _____

    ☐ Supervised Release shall be served   to _____
    ☐ Defendant to be deported upon release from confinement
    ☐ Defendant is placed on **probation** for a period of _____

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

| | |
|---|---|
| ☑ Obey all laws, Federal, State & Local | ☑ Report to Probation w/in 72 hours of release |
| ☑ Abide by the standard conditions of supervision | ☐ Provide complete financial disclosure as directed |
| ☐ Home confinement for a period of _____ | ☐ Electronic monitoring as directed by Probation |
| ☑ Not use or possess firearms/ammunition/explosives | ☑ Not use or possess controlled substances/drugs |
| ☑ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed | ☐ Not open new lines of credit or incur new debt |
| ☐ Submit to mandatory drug testing (w/in 15 days of release) | ☑ Submit to additional drug/alcohol testing and treatment |
| ☑ Notify Probation of change in economic circumstance | ☐ Mandatory drug testing is waived |
| ☐ Notify employers of conviction | ☑ DNA collection |
| ☑ Submit person, residence, office or vehicle to a search | ☐ Cognitive/Behavioral Treatment |
| | ☑ Pay one-time fee of $250.00 to partially defray costs of treatment and/or drug testing |

☐ Other (continued from conditions of Probation/Supervised Release)
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**MONETARY IMPOSITIONS**

☑ Defendant shall pay **special assessment(s)** in the amount of ___$ 100.00___ as to Count(s) __1__ , ___$ 100.00___ as to Count(s) __48__ , as to Count(s), _____, _____ as to Count(s) _____ for a **total** of _$ 200.00_

☑ Special assessment is due and payable immediately

☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than _30 days_ prior to the expiration of supervision

☑ Special assessment shall be paid in monthly installments of at least $ __25__ during the term of supervision

☐ Special assessment remitted

☑ Defendant shall pay a **fine** in the amount of ___$ 300.00___ as to Count(s) _1 and 48_ , _____ as to Count(s) _____ , _____ as to Count(s) _____ as to Count(s) _____ for a **total** of _$ 300.00_

☑ Fine is due and payable immediately

☑ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 30 days prior to the expiration of supervision

☑ Fine shall be paid in monthly installments of at least $ __25__ during the term of supervision

☐ Fine shall be paid jointly and severally with _____

☐ Fine is waived due to inability to pay

☐ Defendant shall make **restitution** in the amount of ___$ 0.00___ as to Count(s) _____ , _____ as to Count(s) _____ , _____ as to Count(s) _____ as to Count(s) _____ for a **total** of _$ 0.00_

☐ Restitution is due and payable immediately

☐ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision

☐ Restitution shall be paid in monthly installments of at least $_____ during the time of supervision

☐ Restitution shall be paid jointly and severally with _____

☐ Other restitution information _____

☐ Interest requirement for fine/restitution/special assessment is waived

☑ Defendant is **remanded** to custody of US Marshal

☐ Defendant shall **surrender** to designated prison on/before _____ at _____ AM

☐ Defendant shall **report** to institution as directed by Probation

☑ Court **recommends placement** at _Yankton, South Dakota_
_____

☐ Court recommends defendant participate in the prison industries program

☑ Court recommends defendant participate in the Bureau of Prison's 500-hour Residential Drug Treatment Program

☐ Court recommends defendant participate in substance abuse treatment while incarcerated

☑ Defendant advised of right to appeal     ☐ Defendant waives right to appeal

☐ Defendant shall forfeit the following property
_____
_____

☑ Count(s) _28, 46, 47_ of the Indictment **dismissed** on the motion of the United States